## No. 858.

### CLET PROVOST et als. v. URSIN PROVOST.

If the plaintiffs have any rights in the land, a portion of which they claim by suit in the parish court, these rights descend to them from one succession which was opened in 1816, and another which was opened in 1859. Neither of these successions now exist. They have been closed. The property sought to be divided is alleged to be worth $50,000. Under this state of facts the parish court was without jurisdiction.

APPEAL from the Parish Court, parish of Iberia. *Fontelieu, J. R. L. Belden,* for plaintiffs and appellants. *Z. F. Fournet,* for defendant and appellee.

MORGAN, J. Plaintiffs claim from the defendants the partition of certain lands situated in the parish of Iberia. They have instituted their suit in the parish court.

If they have any rights in the land, a portion of which they claim, these rights descend to them from one succession which was opened in

1816, and another which was opened in 1859. Neither of these successions now exist. They have been closed. The property sought to be divided is alleged to be worth $50,000. Under this state of facts the parish court was without jurisdiction. 25 An. 143.

The judgment dismissing the suit for want of jurisdiction is correct. Judgment affirmed.